IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NICHOLAS MANSOUR, | ) | CV 24-00518 SASP-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SIDE STREET INN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 10, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Without Prejudice (1) Application to Proceed Without Prepaying Fees or Costs, and (2) Request for Appointment of Counsel Under the Civil Rights Acts of 1964; 42 U.S.C. § 2000e-5(f)(1)(B)", ECF No. 10, are adopted as the opinion and order of this Court.

Plaintiff is given 21 days from the date of this Order to file (1) a new Application to Proceed Without Prepayment of Fees or Costs (AO 240), and (2) a new Request for Appointment of Counsel Under The Civil Rights Acts of 1964;

42 U.S.C. § 2000e-5(f)(1)(B) that address the deficiencies identified in the Findings and Recommendation to Deny Without Prejudice (1) Application to Proceed Without Prepayment of Fees or Costs, and (2) Request for Appointment of Counsel Under the Civil Rights Acts of 1964; 42 U.S.C. § 2000e-5(f)(1)(B), ECF No. 10.

    IT IS SO ORDERED.

    DATED at Honolulu, Hawaiʻi, February 5, 2025.



Shanlyn Park
United States District Judge

MANSOUR v. SIDE STREET INN.; CIVIL NO. 24-00518 SASP-WRP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION